NEW YORK LIFE INSURANCE COMPANY, Respondent, *v.* SAMSON S. WATKIN, by ESTHER WATKIN, His Guardian ad Litem, Appellant. (Actions 1 and 2.)

(Argued April 9, 1931; decided May 12, 1931.)

*Thomas .G. Frost* for appellant.
*Robert M. Field* and *Louis H. Cooke* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.